UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTIAN ALFRED VOLKLE,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY COUNCIL, et al.,<br><br>Defendants. | CASE NO. 2:24-cv-01107-JHC<br><br>ORDER |

Before the Court is Plaintiff's Motion to Dismiss.  Dkt. # 9.  The Court GRANTS the motion and DISMISSES this matter without prejudice.

Dated this 9th day of October, 2024.

John H. Chun
United States District Judge

ORDER - 1